UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACE PARKING MANAGEMENT, INC.,

                    Plaintiff,

        – against –

DAMG LIGHTING, LLC, DAMG LIGHTING
MAINTENANCE, LLC, DAMG LUMINA LLC,
DAMG ALTERNATIVE ENERGY LLC, *and*
DAMG LLC,

                    Defendants.

**ORDER**

24-cv-8887 (ER)

RAMOS, D.J.:

Ace Parking Management, Inc. ("Ace Parking") brought this action on November 21, 2024, against DAMG Lighting, LLC and AMG Lighting Maintenance LLC. Doc. 1. On August 13, 2025, Ace Parking filed an amended complaint, adding defendants DAMG Lumina LLC, DAMG Alternative Energy LLC, and DAMG LLC. Doc. 6. Electronic summonses were issued on September 24, 2025. Docs. 11, 12. Since then, there has been no further activity in the case.

Ace Parking is therefore instructed to submit a status report by no later than April 10, 2026. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Additionally, Ace Parking is reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

It is SO ORDERED.

Dated:   April 3, 2026
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2