UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACE PARKING MANAGEMENT, INC.,

Plaintiff,

– *against* –

DAMG LIGHTING, LLC, DAMG LIGHTING MAINTENANCE, LLC, DAMG LUMINA LLC, DAMG ALTERNATIVE ENERGY LLC, *and* DAMG LLC,

Defendants.

**ORDER**

24-cv-8887 (ER)

RAMOS, D.J.:

Ace Parking Management, Inc. ("Ace Parking") brought this action on November 21, 2024, against DAMG Lighting, LLC and AMG Lighting Maintenance LLC. Doc. 1. On August 13, 2025, Ace Parking filed an amended complaint, adding defendants DAMG Lumina LLC, DAMG Alternative Energy LLC, and DAMG LLC. Doc. 6. Ace Parking's status report on April 9, 2026 indicates that service of process had been effected upon all defendants. Doc. 15. Since then, there has been no further activity in the case. Ace Parking is therefore instructed to submit a status report by no later than October 21, 2026. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 14, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.